| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Robertson, Anschutz & Schneid, PL<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main)<br>Attorneys for Secured Creditor<br><br>Harold Kaplan, Esq. (HK-0226) | Order Filed on October 15, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>CASE NO.: 17-24425-ABA<br><br>CHAPTER 13<br><br>HEARING DATE: October 16, 2018<br><br>JUDGE: Andrew B. Altenburg Jr. |
| In Re:<br><br>Noe J. Hogdson, Sr.<br><br>aka Noe J. Hogdson<br><br>   Debtor. | |

**<u>AGREED ORDER RESOLVING SECURED CREDITOR'S</u> MOTION FOR RELIEF<br>FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 15, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Secured Creditor: Ocwen Loan Servicing, LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8XSSecured Creditor's Counsel: Robertson, Anschutz & Schneid, PL

Debtor's Counsel: Stacey L. Mullen

Property Involved ("Collateral"): 117 Terrace Avenue, Camden, New Jersey 08105

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is ORDERED that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor is overdue for 9 months, from 02/01/2018 to 10/01/2018.

    ■ The Debtor is overdue for 6 payments, from 02/01/2018 to 07/01/2018 at $707.37 per month.

    ■ The Debtor is overdue for 3 payments, from 08/01/2018 to 10/01/2018 at $755.01 per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    Funds Held In Suspense ($0.00).
    Total Arrearages Due $6,509.25.

2. Debtor must cure all post-petition arrearages, as follows:

- Immediate payment in the amount of $3,000.00 shall be made on or before 10/31/2018.

- Beginning on 11/01/2018, regular monthly mortgage payments shall continue to be made in the amount of $755.01, subject to periodic adjustments.

- Beginning on 11/15/2018, additional monthly cure payments shall be made in the amount of $1,169.75 for 3 months.

3. Payments to the Secured Creditor shall be made to the following address(es):

- Regular monthly payment: Ocwen Loan Servicing LLC
  ATTN: Cashiering Department
  1661 Worthington Road, Suite 100
  West Palm Beach, FL 33409

- Immediate Payment: Ocwen Loan Servicing LLC
  ATTN: Cashiering Department
  1661 Worthington Road, Suite 100
  West Palm Beach, FL 33409

- Monthly cure payment: Ocwen Loan Servicing LLC
  ATTN: Cashiering Department
  1661 Worthington Road, Suite 100
  West Palm Beach, FL 33409

4. In the event of Default:

- If the Debtor fails to make any of the payments within thirty (30) days of the date the payments are due or defaults on any of the provisions contained in this Consent Order, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00, and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

/s/ 
Stacey L. Mullen, Esq.
Attorney for Debtor(s)
Date: 10/15/18

/s/ Harold Kaplan
Harold Kaplan, Esq.
Attorney for Secured Creditor
Date: 10/15/2018