| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Robertson, Anschutz & Schneid, PL 6409 Congress Avenue, Suite 100 Boca Raton, FL 33487 Telephone No.: 973-575-0707 (local) Telephone No.: 561-241-6901 (main) Attorneys for Secured Creditor Harold Kaplan, Esq. (HK-0226) | Order Filed on October 15, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
|---|---|
| In Re: Noe J. Hogdson, Sr. aka Noe J. Hogdson Debtor. | CASE NO.: 17-24425-ABA CHAPTER 13 HEARING DATE: October 16, 2018 JUDGE: Andrew B. Altenburg Jr. |

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 15, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Secured Creditor: Ocwen Loan Servicing, LLC as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2007-8XS, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8XSSecured Creditor's Counsel: Robertson, Anschutz & Schneid, PL

Debtor's Counsel: Stacey L. Mullen

Property Involved ("Collateral"): 117 Terrace Avenue, Camden, New Jersey 08105

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is ORDERED that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - ■ The Debtor is overdue for 9 months, from 02/01/2018 to 10/01/2018.
    - ■ The Debtor is overdue for 6 payments, from 02/01/2018 to 07/01/2018 at $707.37 per month.
    - ■ The Debtor is overdue for 3 payments, from 08/01/2018 to 10/01/2018 at $755.01 per month.

    - ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    Funds Held In Suspense ($0.00).
    Total Arrearages Due $6,509.25.

2. Debtor must cure all post-petition arrearages, as follows:

- Immediate payment in the amount of $3,000.00 shall be made on or before 10/31/2018.

- Beginning on 11/01/2018, regular monthly mortgage payments shall continue to be made in the amount of $755.01, subject to periodic adjustments.

- Beginning on 11/15/2018, additional monthly cure payments shall be made in the amount of $1,169.75 for 3 months.

3. Payments to the Secured Creditor shall be made to the following address(es):

- Regular monthly payment: Ocwen Loan Servicing LLC
    ATTN: Cashiering Department
    1661 Worthington Road, Suite 100
    West Palm Beach, FL 33409

- Immediate Payment: Ocwen Loan Servicing LLC
    ATTN: Cashiering Department
    1661 Worthington Road, Suite 100
    West Palm Beach, FL 33409

- Monthly cure payment: Ocwen Loan Servicing LLC
    ATTN: Cashiering Department
    1661 Worthington Road, Suite 100
    West Palm Beach, FL 33409

4. In the event of Default:

- If the Debtor fails to make any of the payments within thirty (30) days of the date the payments are due or defaults on any of the provisions contained in this Consent Order, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00, and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

/s/
Stacey L. Mullen, Esq.
Attorney for Debtor(s)
Date: 10/15/18

/s/ Harold Kaplan
Harold Kaplan, Esq.
Attorney for Secured Creditor
Date: 10/15/2018

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 17-24425-ABA
Noe J. Hogdson, Sr.                                            Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1           Date Rcvd: Oct 15, 2018
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db             +Noe J. Hogdson, Sr.,    4712 Camden Avenue,    Pennsauken, NJ 08110-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage
               Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Associa dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage
               Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Associa hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL,
               Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Associa kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Miriam  Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
              Stacey L. Mullen    on behalf of Debtor Noe J. Hogdson, Sr. slmullen@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12