**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

**Order Filed on January 11, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Noe Hogdson, Sr.,

Debtor

Case No.: 17-24425

Chapter 13

Hearing Date:

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED**

**DATED: January 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.   17-24425 (ABA)
Order Granting Supplemental Chapter 13 Fees
<u>Page 2</u>

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $<u> 800.00            </u> for services rendered and expenses in the amount of $<u>  n/a    </u> for a total of $<u> 800.00           </u>.  The allowance shall be payable:

        <u>XXXXX</u>       through the Chapter 13 plan as an administrative priority.

                      outside the plan.

    The debtor's monthly plan is modified to require a payment of <u>$784.00 </u>  per month for <u>   43  </u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:
Noe J. Hogdson, Sr.                                                    Case No. 17-24425-ABA
        Debtor                                                         Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jan 11, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db              +Noe J. Hogdson, Sr.,    4712 Camden Avenue,    Pennsauken, NJ 08110-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
          ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage
          Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
          successor in interest to Bank of America, National Associa dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage
          Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
          successor in interest to Bank of America, National Associa hkaplan@rasnj.com,
          informationathnk@aol.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL,
          Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
          successor in interest to Bank of America, National Associa kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
          mrosenblatt@rasflaw.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com,
          nj.bkecf@fedphe.com
          Sindi Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
          Stacey L. Mullen    on behalf of Debtor Noe J. Hogdson, Sr. slmullen@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                              TOTAL: 12