# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Noe J. Hogdson, Sr.

Case No.: 17-24425

Hearing Date:

Chapter: ABA

Judge: 13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Hearing on Debtor(s) Objection to Creditor's Certification of Default Filed by U.S. Bank National Association

**Location of Hearing:** Courtroom No. 4B
US Bankruptcy Court
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** 03/19/2019 at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: February 20, 2019

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on February 20, 20 19 this notice was served on the following:
Debtor(s)          Isabel Balboa - Trustee
Attorney for Debtor(s)   Office of the US Trustee
Attorney for Creditor(s)

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Noe J. Hogdson, Sr.  
    Debtor

Case No. 17-24425-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 20, 2019  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2019.  
db    +Noe J. Hogdson, Sr.,    4712 Camden Avenue,    Pennsauken, NJ 08110-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2019 at the address(es) listed below:
    Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ajennings@rasflaw.com  
    Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com, informationathnk@aol.com  
    Harold N. Kaplan    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa hkaplan@rasnj.com, informationathnk@aol.com  
    Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Kevin Gordon McDonald    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
    Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com  
    Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
    Sindi Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com  
    Stacey L. Mullen    on behalf of Debtor Noe J. Hogdson, Sr. slmullen@comcast.net  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 13