Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  17−24425−ABA
                      Chapter:  13
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noe J. Hogdson, Sr.
   aka Noe J. Hogdson
   4712 Camden Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4107

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          April 23, 2019
Time:         10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*65* − Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Nicholas V. Rogers on behalf of WELLS FARGO BANK, NA. Objection deadline is 04/1/2019. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) filed by Creditor WELLS FARGO BANK, NA) filed by Stacey L. Mullen on behalf of Noe J. Hogdson, Sr.. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: March 29, 2019
JAN: eag

                                                                                                       Jeanne Naughton
                                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Noe J. Hogdson, Sr.  
    Debtor

Case No. 17-24425-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 1                  Date Rcvd: Mar 29, 2019  
                              Form ID: 173              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.  
db             +Noe J. Hogdson, Sr.,    4712 Camden Avenue,    Pennsauken, NJ 08110-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:

    Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ajennings@rasflaw.com  
    Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com, informationathnk@aol.com  
    Harold N. Kaplan    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa hkaplan@rasnj.com, informationathnk@aol.com  
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Kevin Gordon McDonald    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
    Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com  
    Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
    Sindi Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com  
    Stacey L. Mullen    on behalf of Debtor Noe J. Hogdson, Sr. slmullen@comcast.net  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                               TOTAL: 13