Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24425−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noe J. Hogdson, Sr.
   aka Noe J. Hogdson
   4712 Camden Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4107

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             July 9, 2019
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*73* – Certification in Opposition to (related document:70 Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: 117 Terrace Avenue, Camden, NJ, 08105. Fee Amount $ 181. filed by Creditor Morgan Stanley Mortgage Loan Trust 2007−9SL, Mortgage Pass−Through Certificates, Series 2007−9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa, Motion for Relief from Co−Debtor Stay of Maria Matos, 48 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Denise E. Carlon on behalf of Morgan Stanley Mortgage Loan Trust 2007−9SL, Mortgage Pass−Through Certificates, Series 2007−9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa. Objection deadline is 06/7/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Morgan Stanley Mortgage Loan Trust 2007−9SL, Mortgage Pass−Through Certificates, Series 2007−9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa) filed by Stacey L. Mullen on behalf of Noe J. Hogdson, Sr.. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: June 7, 2019
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk