Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:   17−24425−ABA
                        Chapter:   13
                        Judge:   Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noe J. Hogdson, Sr.
   aka Noe J. Hogdson
   4712 Camden Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4107

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                  November 15, 2019
Time:                09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*81* − Certification in Opposition to (related document:80 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 10/28/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Stacey L. Mullen on behalf of Noe J. Hogdson, Sr.. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: October 23, 2019
JAN: eag

                                                                                Jeanne Naughton
                                                                                Clerk