Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                             Case No.:  17−24425−ABA
                             Chapter:  13
                             Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noe J. Hogdson, Sr.
   aka Noe J. Hogdson
   4712 Camden Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4107

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                  November 26, 2019
Time:                  10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*86* − Certification in Opposition to (related document:84 Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: 117 Terrace Avenue, Camden, NJ, 08105. Fee Amount $ 181. filed by Creditor Morgan Stanley Mortgage Loan Trust 2007−9SL, Mortgage Pass−Through Certificates, Series 2007−9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa, Motion for Relief from Co−Debtor Stay of Maria Matos, 48 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 77 Order (Generic)) filed by Kevin Gordon McDonald on behalf of Morgan Stanley Mortgage Loan Trust 2007−9SL et al.... Objection deadline is 11/7/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Morgan Stanley Mortgage Loan Trust 2007−9SL et al...) filed by Stacey L. Mullen on behalf of Noe J. Hogdson, Sr.. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: October 30, 2019
JAN: eag

                                                                                             Jeanne Naughton
                                                                                             Clerk