UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

**Order Filed on November 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Noe Hogdson, Sr.,

                      Debtor

Case No.: 17-24425

Chapter 13

Hearing Date:

Judge: ABA

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED**

**DATED: November 1, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.   17-24425 (ABA)
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been

rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ 400.00                for

services rendered and expenses in the amount of $  n/a      for a total of $ 400.00             .  The

allowance shall be payable:

      <u>XXXXX</u>      through the Chapter 13 plan as an administrative priority.

                     outside the plan.

The debtor's monthly plan is modified to require a payment of <u>$822.00</u>   per month for   33

months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)