Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−24425−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noe J. Hogdson, Sr.
   aka Noe J. Hogdson
   4712 Camden Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4107

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                November 26, 2019
Time:                10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*86* – Certification in Opposition to (related document:84 Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: 117 Terrace Avenue, Camden, NJ, 08105. Fee Amount $ 181. filed by Creditor Morgan Stanley Mortgage Loan Trust 2007−9SL, Mortgage Pass−Through Certificates, Series 2007−9SL, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Associa, Motion for Relief from Co−Debtor Stay of Maria Matos, 48 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay, 77 Order (Generic)) filed by Kevin Gordon McDonald on behalf of Morgan Stanley Mortgage Loan Trust 2007−9SL et al.... Objection deadline is 11/7/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor Morgan Stanley Mortgage Loan Trust 2007−9SL et al...) filed by Stacey L. Mullen on behalf of Noe J. Hogdson, Sr.. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: October 30, 2019
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-24425-ABA
Noe J. Hogdson, Sr.                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 30, 2019
                             Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db              +Noe J. Hogdson, Sr.,    4712 Camden Avenue,    Pennsauken, NJ 08110-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
        Aleisha Candace Jennings   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
         ajennings@rasflaw.com
        Denise E. Carlon   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage
         Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
         successor in interest to Bank of America, National Associa dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Harold N. Kaplan   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com,
         informationathnk@aol.com
        Harold N. Kaplan   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage
         Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
         successor in interest to Bank of America, National Associa hkaplan@rasnj.com,
         informationathnk@aol.com
        Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Kevin Gordon McDonald   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-9SL,
         Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
         successor in interest to Bank of America, National Associa kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-9SL et al
         ... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, NA nj.bkecf@fedphe.com
        Sherri Jennifer Smith   on behalf of Creditor   WELLS FARGO BANK, NA nj.bkecf@fedphe.com,
         nj.bkecf@fedphe.com
        Sindi  Mncina   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
        Stacey L. Mullen   on behalf of Debtor Noe J. Hogdson, Sr. slmullen@comcast.net
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 13