Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                            Case No.: 17−24425−ABA
                            Chapter: 13
                            Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Noe J. Hogdson, Sr.
   aka Noe J. Hogdson
   4712 Camden Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−4107

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                February 21, 2020
Time:              09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*101* − Certification in Opposition to (related document:100 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/28/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Stacey L. Mullen on behalf of Noe J. Hogdson, Sr.. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: January 28, 2020
JAN: eag

                                                                             Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Noe J. Hogdson, Sr.  
    Debtor

Case No. 17-24425-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 28, 2020  
                          Form ID: 173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.  
db          +Noe J. Hogdson, Sr.,    4712 Camden Avenue,    Pennsauken, NJ 08110-2038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                                 Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:

         Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION  
          ajennings@rasflaw.com  
         Andrew L. Spivack    on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor     Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage  
          Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,  
          successor in interest to Bank of America, National Associa dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com,  
          informationathnk@aol.com  
         Harold N. Kaplan    on behalf of Creditor     Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage  
          Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,  
          successor in interest to Bank of America, National Associa hkaplan@rasnj.com,  
          informationathnk@aol.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
          summarymail@standingtrustee.com  
         Kevin Gordon McDonald     on behalf of Creditor     Morgan Stanley Mortgage Loan Trust 2007-9SL,  
          Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,  
          successor in interest to Bank of America, National Associa kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor     Morgan Stanley Mortgage Loan Trust 2007-9SL et al  
          ... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Robert    Davidow     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Sherri Jennifer Smith     on behalf of Creditor     WELLS FARGO BANK, NA nj.bkecf@fedphe.com,  
          nj.bkecf@fedphe.com  
         Sindi    Mncina     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com  
         Stacey L. Mullen     on behalf of Debtor Noe J. Hogdson, Sr. slmullen@comcast.net  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                                                                           TOTAL: 14