Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−24425−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Noe J. Hogdson, Sr.
 aka Noe J. Hogdson
 4712 Camden Avenue
 Pennsauken, NJ 08110

Social Security No.:
 xxx−xx−4107

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/20.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: February 21, 2020
JAN: bc

                                                              Jeanne Naughton
                                                              Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 17-24425-ABA
Noe J. Hogdson, Sr.                                            Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2           Date Rcvd: Feb 21, 2020
                               Form ID: 148                Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db         +Noe J. Hogdson, Sr.,    4712 Camden Avenue,    Pennsauken, NJ 08110-2038
cr         +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
cr         +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
             Philadelphia, PA 19103-1814
cr         +WELLS FARGO BANK, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
             Mt. Laurel, NJ 08054-3437
517109599  +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516946623  +Ocwen Loan Servicing,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
516946622  +Phelan, Hallinan, Diamond & Jones,    400 Fellowship Road,    Suite 100,
             Mt. Laurel, NJ 08054-3437
516946624  +Specialized Loan Servicing,    P.O. Box 105219,    Atlanta, GA 30348-5219
516946625  +State of New Jersey,    Department of Labor,    P.O. Box 951,    Trenton, NJ 08625-0951
517168162  +U.S. Bank National Association,    Ocwen Loan Servicing, LLC,    Attn: Cashiering Department,
             1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
516989509  +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517178269   US Bank National Assoc.,    Ocwen Loan Servicing LLC,    Attn: Bankruptcy Dept.,    PO Box 24605,
             West Palm Beach, FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 01:36:59      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 01:36:54      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516946627   EDI: BANKAMER.COM Feb 22 2020 05:53:00      Bank of America,    P.O. Box 15019,
             Wilmington, DE 19886
516946626  +EDI: CHASE.COM Feb 22 2020 05:53:00      Cardmember Service,    P.O. Box 15123,
             Wilmington, DE 19850-5123
517127263   EDI: PRA.COM Feb 22 2020 05:53:00      Portfolio Recovery Associates, LLC,
             c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
517089292   EDI: Q3G.COM Feb 22 2020 05:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
             PO Box 788,    Kirkland, WA 98083-0788
516949696  +EDI: RMSC.COM Feb 22 2020 05:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
517070327  +EDI: AIS.COM Feb 22 2020 05:53:00      Verizon,    by American InfoSource LP as agent,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517046031   EDI: WFFC.COM Feb 22 2020 05:53:00      Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,
             Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
516946621  +EDI: WFFC.COM Feb 22 2020 05:53:00      Wells Fargo Home Mortgage,    P.O. Box 14591,
             Des Moines, IA 50306-3591
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1            User: admin                 Page 2 of 2                  Date Rcvd: Feb 21, 2020
                                Form ID: 148                Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2020 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           ajennings@rasflaw.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage
           Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
           successor in interest to Bank of America, National Associa dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION hkaplan@rasnj.com,
           informationathnk@aol.com
          Harold N. Kaplan    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL, Mortgage
           Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
           successor in interest to Bank of America, National Associa hkaplan@rasnj.com,
           informationathnk@aol.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL et al
           ... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL,
           Mortgage Pass-Through Certificates, Series 2007-9SL, U.S. Bank National Association, as Trustee,
           successor in interest to Bank of America, National Associa kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert   Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Sindi   Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION smncina@rascrane.com
          Stacey L. Mullen    on behalf of Debtor Noe J. Hogdson, Sr. slmullen@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14
```